I

7/sep/2025

Alexis Negrón Cruz
Case 11-229 FAB-RAM

Complaint againts MDC Guaynabo
For Violation to the Eighth
Amendment.

1- In the Document # 586 the Chief Judge Arias-Marxuach said. "Lastly, if Defendant wishes that a judge of this Court entertain the allegations regarding Fumes at MDC Guaynabo, he shall file a Complaint in English which shall be randomly assigned to a judge."

2- My English is too basic, I goin to try my best, because this is a hight security problem that afect all people on MDC Guaynabo.

3- I start a Administrative Remedy again, but my BP10 to the regional director is not answer yet, I have more than 20 days waitin. for.

4- On September 22, 2025 I finish my sentence, and am not goint to Have time for complete, and exhaust all process, because next step is write to the central office, and waiting for answer.

5- I understand that the only have the power to resolve constitutional Laws is the Court, not the BOP, and no matters what kind of answer guiveme the central office, who have the last word is this honarable Court.



6- I want to base my complaint in the case: Donald L. Helling v. William McKinney Supreme Court, No. 91-1958 June 18, 1993.

Criminal Law § 78 - Eighth Amendment. "With deliberate indifference, exposed the inmates to levels of environmental... smoke that pose an unreasonable risk of serious damage to the inmates' future health."

"It is cruel and unusual punishment in violation of the Federal Constitution's Eighth Amendment to hold convicted criminals in unsafe conditions."

7- I understand that here they are talking about "tobacco smoke", but on MDC Guaynabo the toxic smoke is from bad to worse, or so much the worse than tabacco smoke, and is an unsafe condtions.

8- I ask to this honorable court Let me start this complaint, whit the help of a Lawyer because my English is too Basic, and icant translate all spanish Documents for my selft.

9- Am not Have money for paid my defense or certifide translations.

10- I hope this honorable court Listen my poor English and can help me for show all my evidence in this complaint.

11- All I said here is my true *Alexis Negrón* Alexis Negrón Cruz - 36586-069 Metropolitan Detention Center P.O. Box 2005 Cataño, P.R., 00963

Case 3:25-cv-01488-RAM   Document 1   Filed 09/12/25   Page 3 of 3



III

P.D. Lo siguiente no lo se escribir en ingles correctamente.

1- Todo lo que esta marcado en naranja es lo más importante, en especial la contestación que dieron en el (BPS), donde dice que remplazarán piezas de un equipo mecanico defectuoso.

2- Mrs. Rivera (Warden) contestó todos mis escritos en el idioma español, lo cual no fue un obstaculo para la comunicación.

3- Si la corte me da a lugar la moción en ingles, espero y me pueda asignar un abogado sumamente responsable, y comprometido que me pueda ayudar a traducir todo al ingles, y no me ponga de excusa de que no le estan pagando por eso, y por tal razón no muestran ningun interes y dejan que el tiempo pase y pase sin hacer nada ni trabajar, como ya me ha sucedido en este año en el caso: 24-CV-01125-Sag con la Lic. Stephanie Michelle - Alonzo.

4- Si yo tuviera la destreza de entender y leer completamente el idioma ingles, y poderlo escribir correctamente, no le pediria ayuda legal a esta honorable corte... Espero y todos los documentos los puedan dejar en español en el docket, así se le havia más facil y rapido al abogado, no los devuelvan... Gracias...