*Todo lo Adjunto aqui dispues de la fecha de 8/8/2025 Fue enviado al Director de la Region, la fecha 8/27/25 es lo unico que no se envio.*

TRULINCS 36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C

--------------------------------------------------------------------------------

FROM: 36586069
TO: Warden/Alcaide
SUBJECT: ***Request to Staff*** NEGRON-CRUZ, ALEXIS, Reg# 36586069, GUA-A-C
DATE: 08/27/2025 06:49:15 PM

To: Mis Rivera (Warden)
Inmate Work Assignment: n/a

Por este medio me dirijo a Mis. Rivera (Warden) para informarle.

1- Hoy miercoles 27 de agosto de 2025 a eso de las 6:20 pm nuevamente comenzo a salir el Humo Toxico por los conductos del aire acondicionado de las celdas y la unidad.

2- Se le notifico al Oficial de turno Sr. Pagan para que se lo reportara al teniente.

3- Como le explique anteriror mente, cuando llueve se mojan los motores y se trancan, y comienza a salir este humo toxico que intoxica la salud de todos los que estamos en la unidad incluyendo a los empleados.

4- No tiene nada que ver con Homade Cigarretes, incluso el Domingo 25 de agosto de 2025 a eso de las 2:30 PM comenzo a salir mientras estabamos en lockdown lo cual se lo notifique al Oficial Beltran.

5- Mientras le escribo sigue saliendo el Humo Toxico y me siento asfixiado, asi que termino de escribirle esto para irme a la yarda un ratito a coger aire fresco.

6- Y como siempre les digo: Espero y lo puedan resolver.

Gracias.
-----NEGRON-CRUZ, ALEXIS D on 8/8/2025 8:12 PM wrote:    *(BP10) que envie a la region*

>

Por este medio me dirijo a Mis. Rivera (Warden) en respuesta su contestacion de BP9.

1- Hoy viernes 8 de agosto de 2025 recibi su respuesta del BP9 que le envier referente al problema del Humo Toxico que sale por los conductos del aire acondicionado.

2- Usted contesto que esto se debe a "Home Made Cigarretes".

3- No se quien la esta orientando referente a este asunto, si le estan mintiendo, o simplemente quieren que este problema se vea como que el responsable es el preso.

4- En cada piso del edificio hay tres motores adicionales al central que ayudan la dispersacion del aire acondicionado por los conductos de a cada facilidad incluyendo unidades.

5- Estos motores se estan trancando a tal punto que no giran, y como no apagan se comienza a quemar la masa interna la cual emite este humo toxico por horas a todo el edificio debido a que los otros motores continuan reciclando el aire.

6- Esto es de conocimiento de todos los que trabajan en Facility, y de conocimiento de los presos que le ayudan al personal de facility.

7- El asunto es que cuando esto sucede, la administracion deliberadamente nos deja encerrado a todos los presos en las celdas da~ando nuestra salud fisica, castigando nuestro cuerpo al obligarlo a respirar directamente todo este humo toxico que nos da dolor de cabeza, asfixie, nausea, dolor de pecho, mareos, temor, y enfermos durante oras.

8- Su indiferencia a nuestra seguridad, y falta de protocolo para sacarnos a un area con aire limpio es el verdadero problema que presento en esta queja.

9- La administracion no vela por la salud fisica de los presos al momento que este humo toxico invade todo el edificio, no les importamos en nada, nos dejan horas inhalando toda esta pestilencia encerrados dentro de la celda y esto conlleva a la octava

TRULINCS 36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C

--------------------------------------------------------------------------------

emienda de castigo cruel.

10- No son supuestos Home Made Cigarretes lo que causa este problema, son desperfectos mecanicos, lo cual ya contestaron en el BP8, y que el Mismo Oficial De Jesus tiene conocimiento de antes.

11- De ser Home Made Cigarretes entonces todas las carceles del BOP donde he estado tendrian el mismo problema, cosa que solamente sucede aqui en MDC Guaynabo.

12- Con todo el respeto, usted sabe cual es el verdadero problema, y si no lo sabe y le estan mintiendo sus empleados, a quien la van hacer quedar mal es a Usted Mis. Rivera.

13- Esto es un asunto serio con el cual no se puede tener errores, es la seguridad de todos los que estamos aqui en MDC Guaynabo incluyendola a usted.

14- No creo a que a usted le gustaria estar en su oficina y que comenzara a salir este Humo Toxico y la obligaran a quedarse en ella por horas afectando su salud fisica, y no poder hacer nada al respecto.

15- Espero y tomen seriedad en este asunto y lo puedan solucionar, ya que continua sucediendo en especial cuando llueve y se mojan los motores.

Gracias.

**REQUEST FOR ADMINISTRATIVE REMEDY**
Negron-Cruz, Alexis
Register Number: 36586-069
Unit: 1-C Cadre
Remedy ID No. 1248282-F1

---

This is in response to your Request for Administrative Remedy dated July 17, 2025, in which you allege that toxic smoke is coming out from the air conditioning vents, specifically located at the housing unit cells.

Your allegations were thoroughly investigated by the institution's staff, and the following findings were made: The odor coming from the air conditioning vents is due to inmates disposing of the remnants of "homemade cigarettes" through the ventilation system. As a result, the odor you are experiencing originates from this behavior; however, it is not considered toxic smoke. The homemade cigarettes caused damage to the air conditioning filters, but these have since been replaced.

During the most recent HVAC maintenance inspection, it was determined that all filters are functioning properly, no remnants of homemade cigarettes remain, and the air quality meets the standards required by federal agencies. Additionally, the Safety Department conducted a survey of the air ventilation system to ensure that the institution complies with American Correctional Association (ACA) standards. The survey confirmed that cells and rooms meet the required CFM (cubic feet per minute) per occupant, and all areas inspected were found to be in full compliance.

If you are not satisfied with this response, you may appeal this decision to the Regional Director on the appropriate form within 20 calendar days from the date of this decision at the following address:

Regional Director
Southeast Regional Office
3800 Camp Creek Parkway, SW
Building 2000
Atlanta, GA 30331-6226

_____                              08 07. 2025
    Frances A. Rivera, Warden                              Date

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 23, 2025

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      GUAYNABO MDC

TO  : ALEXIS D NEGRON-CRUZ, 36586-069
      GUAYNABO MDC    UNT: 1 CADRE M    QTR: A10-115L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1248292-F1
DATE RECEIVED   : JULY 23, 2025
RESPONSE DUE    : AUGUST 12, 2025
SUBJECT 1       : SAFETY, SANITATION, ENVIRONMENTAL CONDITIONS
SUBJECT 2       :

Se supone que la Region me envie una semana
despues un Comunicado como este que fue enviado
Por MDC Guaynabo.

**OPI:**       **OGC/LIT**
**NUMBER:**    **1330.18**
**DATE:**      **January 6, 2014**
**SUBJECT:**   **Administrative Remedy Program**



**U.S. Department of Justice**

Federal Bureau of Prisons

# Program Statement

OPI:    OGC/LIT

NUMBER:    1330.18

DATE:    January 6, 2014

SUBJECT:    Administrative Remedy Program

*/s/*

*Approved*: Charles E. Samuels, Jr.

Director, Federal Bureau of Prisons

## 1. PURPOSE AND SCOPE §542.10

progstat                                                        1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

a. **Purpose.** The purpose of the Administrative Remedy Program is to allow an inmate to seek formal review of an issue relating to any aspect of his/her own confinement. An inmate may not submit a Request or Appeal on behalf of another inmate.

10. **ASSISTANCE §542.16**

a. An inmate may obtain assistance from another inmate or from institution staff in preparing a Request or an Appeal. An inmate may also obtain assistance from outside sources, such as family members or attorneys. However, no person may submit a Request or Appeal on the inmate's behalf, and obtaining assistance will not be considered a valid reason for exceeding a time limit for submission unless the delay was caused by staff.

b. Wardens shall ensure that assistance is available for inmates who are illiterate, disabled, or who are not functionally literate in English. Such assistance includes provision of reasonable accommodation in order for an inmate with a disability to prepare and process a Request or an Appeal.

For example, Wardens must ensure that staff (ordinarily unit staff) provide assistance in the preparation or submission of an Administrative Remedy or an Appeal upon being contacted by such inmates that they are experiencing a problem.

progstat                                2

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

*Unit Team: translation From BP8*

**Request for Administrative Remedy**

**US Department Of Justice**

**Federal Bureau of Prisons**


**From**: Negron Cruz, Alexis  **Reg. Num.** 36586-069 **Unit:** 1-C **Institution**: MDC Guaynabo

Part A: Inmate Request:

1. On June 23, 2025, I sent a BP-8 to Mr. Vazquez (Facility).
2. On Friday, July 11, 2025, I received an answer from (Facility).
3. On Sunday, July 13, 2025, smoke started to come out again.
4. On Monday, July 14, 2025, I talked to Ms. Rivera (Warden), she referred me to Mr. Vazquez (Facility).
5. Mr. Vazquez did not listen to my complaint and minimize it.
6. Attached are all my complaints, I am not satisfied with the responses.


Date: July 17, 2025                           Inmate Signature:

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: __Negrón Cruz Alexis__    __36586-069__    __1-C__    __MOC Guaymabo__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

El 23 de Junio de 2025 envié un BP8 al Sr. Vazquez (Facility).
- El viernes 11 de Julio de 2025 recibo una contestación de (Facility)
- El domingo 13 de Julio de 2025 nuevamente comienza a salir el Hum
- El lunes 14 de Julio de 2025 le hable a Mis. Rivera (Warden),
ella me refirió al Sr. Vazquez (Facility.)
- El Sr. Vazquez No quiso atender mi explicación ni Prestar
importancia.
- Adjunto está todas mis quejas, no estoy satisfecho con
Las contestaciones.
__17/Julio/2025__                    __Alexis Negrón__
DATE                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____    _____
DATE                    WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    ⊛ _____    _____    BP-229(13)
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)    APRIL 1982

TRULINCS  36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C

-----------------------------------------------------------------------------------------------------

FROM: 36586069
TO: Warden/Alcaide
SUBJECT: ***Request to Staff*** NEGRON-CRUZ, ALEXIS, Reg# 36586069, GUA-A-C
DATE: 07/14/2025 07:29:13 PM

To: Mis. Rivera (Warden)
Inmate Work Assignment: n/a

Por este medio me dirijo a Mis. Rivera (Warden) con la siguiente queja.

1- Hoy lunes 14 de julio de 2025 en la inspeccion le hable del problema del humo toxico que continua saliendo por los conductos del aire acondicionado de las celdas.

2- Usted refirio el asunto al Sr. Vazquez (Facility).

3- Trate de explicarle al Sr. Vazquez el asunto y le di a leer la contestacion del BP8 que dieron en relacion a un defecto mecanico que encontraron en el sistema.

4- Él en tono molesto le pregunto al Sr. Alvarado (Unit Manager) que quien habia contestado esto?

5- Para mi esto me estuvo raro porque el BP8 fue dirijido a él mismo (Sr. Vazquez).

6- El Sr. Vazquez trató de insistir en que el problema del humo toxico se debe a "Homemade cigarettes", yo le traté de explicar que no es eso, el en forma repugnante y malcriado me dijo que entonces yo sabia más que él, se fue molesto y no atendio más el asunto, sin prestarle más importancia.

7- Incluso otros reclusos trataron de hablar con él del mismo tema y los trató con indiferencia.

8- Yo pudiera hablar o decir muchas cosas referente a sus deficientes empleados a tal punto que barreria el piso con todos ellos... Pero este no va ser el foro.

9- Yo no estoy alegando un problema de humo que sucede comunmente en las prisiones, de otra manera estaria quejandome en todas las carceles del BOP donde he estado por "homemade cigarettes".

10- Si su personal encargado de Facility quiere disfrasar este asunto de suguridad por tal de no aceptar la verdad de que no se trata de desperfectos mecanicos, pues entonces que se lo expliquen a la corte.

11- La proxima vez que usted Mis. Rivera haga la inspeccion, solamente fijese en cuan sucio estan los conductos de retroceso del aire acondicionado que estan en el techo sin ningun matenimiento, cuantos receptaculos de electricidad no funcionan y luces fundidas que hay que remplazar.

Espero y puedan resolver el asunto del humo Toxico.

Gracias.

TRULINCS  36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C

---------------------------------------------------------------------------------------------------------------

FROM: 36586069
TO: Warden/Alcaide
SUBJECT: ***Request to Staff*** NEGRON-CRUZ, ALEXIS, Reg# 36586069, GUA-A-C
DATE: 07/14/2025 07:43:25 AM

To: Mis. Rivera (Warden)
Inmate Work Assignment: n/a

Por este medio me dirijo a Mis. Rivera (Warden) con lo siguiente.

1- El 23 de junio de 2025 envie un BP8 al Sr. (Vazquez Facility) referente al Humo Toxico que sale por los conductos del aire acondicionado de las celdas de la Unidad 1-C. (Abajo le remito todo el asunto).

2- El viernes 11 de Julio de 2025 recibo la contestacion diciendo que "Durante una rutina de mantenimiento de HVAC se identifico friccion en unos Bearings Within the air handler, y que los componentes fueron prontamente remplazados.

3- Ayer domingo 13 de julio de 2025 a eso de las 8:50pm nuevamente comenzo a salir el Humo Toxico por los conductos del aire acondicionado de las celdas.

4- Se le trajo el asunto al Oficial Franco el cual dijo que se lo notificaria al teniente de turno.

5- El Oficial Franco personalmente entro a mi celda 115 y entendio la gravedad de este asunto, y tambien le di a leer la contestacion del BP8 refrente a que supuestamente se habian remplazado los componentes que ocacionaban la friccion en el sistema del aire central del edificio.

6- En ningun momento sonaron las alarmas de incendio, ni tampoco apagaron los ventiladores para que no continuara esparciendose el Humo Toxico en todo el edificio.

7- Este asunto no tiene que ver en nada con ningun tipo de "HomeMade cigarettes" como quiere dar entender  el personal de Facility.

8- Estuve por horas inhalando este humo toxico dentro de la celda afectando mi salud fisica, con dolor de cabeza y pecho, dificultad para respirar, mareado, nauseas y sin poder dormir por temor a mi salud, y hoy me desperte enfermo.

9- No estoy satisfecho con la contestacion del BP8 que dio el presonal de Facility, y le enviare este mismo asunto en una forma BP9 ya que no lo han podido solucionar. Este asunto de seguridad debe ser prioridad para todos los que estamos en MDC Guaynabo.

Espero su pronta respuesta.

Gracias.
-----NEGRON-CRUZ, ALEXIS D on 6/24/2025 8:18 PM wrote:

>

Por este medio me dirijo a Mis. Rivera (Warden) para informarle.

1- Ayer lunes 23 de junio de 2025 luego de la inspeccion le hice entrega del BP-9 que le escribi que haria (En el Mensaje abajo que le remito esta el asunto) al Sr. Mu~oz (Consejero).

2- El Sr. Mu~oz y el Sr. Alvarado (Unit Manager) insistieron que tenia que incluir un Cop Out y BP-8 para que no lo delvolvieran.

3- Yo segui sus instrucciones y los inclui apesar de que entendia que este asunto no le corresponde al Unit Manager atenderlo y que tampoco se puede resolver informalmente como lo son el cop out y BP-8.

4- Usted Mis. Rivera tiene conocimineto de este problema del Humo Toxico que sale por los conductos de los aires acondicionado son consecuancia de desperfectos mecanicos del sistema de enfriaminto del edificio, y que lleva a~os sin resolver, y que les corresponde al personal encargado de Facility solucionar.

TRULINCS  36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C
--------------------------------------------------------------------------------------------

5- Le hago esta notificacion para que ese BP-9 no se estravie ya que se tiene que traducir al idioma ingles antes de que llegue a sus manos.

6- Espero y no tarden tanto en su traduccion ni en entregarselo para una pronta solucion y contestacion.

Gracias.
-----NEGRON-CRUZ, ALEXIS D on 6/22/2025 9:03 PM wrote:

>

Por este medio me dirijo a Mis. Rivera (Warden).

1- Le escribo este mensaje porque se lo enviare junto a un BP9 directamente a usted, junto a una politica del BOP el cual dice que que las personas que no puedan ser alfabetizados en el idioma ingles la administracion tiene que proveer un recurso para la traduccion del mismo al someter un remedio administrativo.

2- No enviare un cop out ni BP8 el cual es una resolucion informal a un asunto que no lo puede resolver el Unit Manager (Sr. Alvarado), y el cual tanto el tribunal como los Alcaides de MDC Guaynabo tienen conocimiento previo y no han resuelto nada.

3- Lo que deseo que me contesten es lo siguiente: ?Por que no se ha solucionado el riesgo de seguridad que ocaciona el humo toxico generado por desperfectos mecanicos de unas correas de los aires acondicionados de toda las facilidad del edificio de MDC Guaynabo que atenta contra la salud de todos los que estamos adentro?

4- Llevo desde el 2012 quejandome, y en el 2019 hice una queja formal ante el tribunal Caso 19-CV- 2126 y aun asi no se ha solucionado este problema que afecta tanto la saludo de los presos como la de los empleados.

5- Quiero una explicacion detallada departe de los expertos tecnicos en relacion a ?porque si esto es un riesgo de seguridad, cuando suena la alarma de incendio no se apagan autoamticamente los ventiladores para que asi el humo no siga saliendo en caso de esta emergencia como se supone que suceda?

6- Se supone que en un edificio serrado al sonar la alarma de incendio automaticamente se apaguen todos los ventiladores para evitar oxigenacion al fuego y dicipacion del humo a toda la facilidad por los conductos del aire acondiconado para evitar muertes por asfixie.

7- Asi funciona en Fort Dix donde estuve.

8- Espero estas preguntas puedan ser contestadas.

Gracias
-----NEGRON-CRUZ, ALEXIS D on 6/21/2025 3:12 PM wrote:

>

Por este medio me dirijo a Mis. Rivera (Warden) para notificar lo siguiente.

1- Hoy sabado 21 de junio de 2025 a eso de las 2:15PM comenzo a salir nuevamente el humo toxico por todos los conductos del aire acondicionado.

2- Se le notifico al Oficial de turno Sr. Beltran, y confirmo que tienen conocimiento y que sus jefes le dijeron que son las correas de los aires acondicionado.

3- Este humo toxico esta afectando gravemente la saludo de todos en la prision, y el dolor de cabeza, pecho, mareos y nauseas entre otros que esto causa al estar expuesto por horas dentro de la celda con la puerta cerrada es un castigo cruel bajo la octava enmienda, mas no cumple con los reglamentos de la "EPA".

4- Yo espero que no haya que esperar a que suceda una muerte aconcecuencia de esto para que se pueda solucionar...

Espero y lo puedan arreglar.

(BP 8)

GUA 1330.18 B
January 11, 2019
Page 4

Attachment A

## Documentation of Informal Resolution Attempt

Bureau of Prisons Program Statement 1330.18, Administrative Remedy Program, dated
January 6, 2014, requires, in most cases, that inmates attempt informal resolution of grievances prior to
the filing a formal written complaint. This form will be used to document your efforts toward
informally resolving your grievance.

Inmate Name: Alexis Negron Cruz Register Number: 36586-069 Unit: 1-C

Specific Complaint and Requested Relief: Llevo disde el 2012
Reportando el Problema del Humo torilo que sale
por los conductos del aire acondicionado, adjunto
envio las quejas para traducir del español.

Efforts Made by Inmate to Informally Resolve Grievance (be specific): In la Hoja
adjunta de la fecha de 6/22/2025 esta
lo que pido.

Comments: This message is in response to your recent concern regarding a smoke-like odor, described as similar to a burning belt, coming from the air handler unit.
Following an investigation, it was determined that the most recent complaint correlates with a previous incident involving homemade cigarettes being fabricated and discarded by inmates into the duct return area. At that time, photographic evidence of cigarette butts was shared with the complainant, who subsequently withdrew the complaint.
More recently, during routine HVAC maintenance, our team identified friction in several bearings within the air handler. The affected components were promptly replaced, and the unit is now operating as intended.
However, the issue with the contraband cigarettes remains ongoing. These homemade cigarettes continue to be introduced through unauthorized means, contributing to the odor complaints. Your concern will be forwarded to the Security and Investigative Services (SIS) and the Unit Captain for further inspection and enforcement actions aimed at curbing the introduction of contraband items in your unit.
We appreciate your attention to this matter and will continue to monitor the situation closely.    E. De Jesus, Facilities General Foreman

_____    07/11/2025                    _____    7/11/25
Correctional Counselor Review/Date                    Unit Manager Review/Date

_____    7/11/2025
Inmate Signature/Date

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Sr. Vazguez (Facility) | DATE: 22/ Junio /2025 |
|---|---|
| FROM: Alixis Negron Cruz | REGISTER NO.: 36586-069 |
| WORK ASSIGNMENT: N/A | UNIT: 1-C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

Adjunto a este cop out envio los ultimos
gases Relacionados al Humo toxico que
sale por los conductos del aire acondicionados,
Para que se traduzcan al ingles y
se les entregue al SR. Vazguez (Facility)

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                         Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER    **SECTION 6**

TRULINCS  36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C

--------------------------------------------------------------------------------

FROM: 36586069
TO: Warden/Alcaide
SUBJECT: ***Request to Staff*** NEGRON-CRUZ, ALEXIS, Reg# 36586069, GUA-A-C
DATE: 06/22/2025 09:03:15 PM

To: Mis. Rivera (Warden)
Inmate Work Assignment: n/a

Por este medio me dirijo a Mis. Rivera (Warden).

1- Le escribo este mensaje porque se lo enviare junto a un BP9 directamente a usted, junto a una politica del BOP el cual dice que que las personas que no puedan ser alfabetizados en el idioma ingles la administracion tiene que proveer un recurso para la traduccion del mismo al someter un remedio administrativo.

2- No enviare un cop out ni BP8 el cual es una resolucion informal a un asunto que no lo puede resolver el Unit Manager (Sr. Alvarado), y el cual tanto el tribunal como los Alcaides de MDC Guaynabo tienen conocimiento previo y no han resuelto nada.

3- Lo que deseo que me contesten es lo siguiente: ?Por que no se ha solucionado el riesgo de seguridad que ocaciona el humo toxico generado por desperfectos mecanicos de unas correas de los aires acondicionados de toda la facilidad del edificio de MDC Guaynabo que atenta contra la salud de todos los que estamos adentro?

4- Llevo desde el 2012 quejandome, y en el 2019 hice una queja formal ante el tribunal Caso 19-CV- 2126 y aun asi no se ha solucionado este problema que afecta tanto la saludo de los presos como la de los empleados.

5- Quiero una explicacion detallada departe de los expertos tecnicos en relacion a ?porque si esto es un riesgo de seguridad, cuando suena la alarma de incendio no se apagan autoamticamente los ventiladores para que asi el humo no siga saliendo en caso de esta emergencia como se supone que suceda?

6- Se supone que en un edificio serrado al sonar la alarma de incendio automaticamente se apaguen todos los ventiladores para evitar oxigenacion al fuego y dicipacion del humo a toda la facilidad por los conductos del aire acondiconado para evitar muertes por asfixie.

7- Asi funciona en Fort Dix donde estuve.

8- Espero estas preguntas puedan ser contestadas.

Gracias
-----NEGRON-CRUZ, ALEXIS D on 6/21/2025 3:12 PM wrote:

>

Por este medio me dirijo a Mis. Rivera (Warden) para notificar lo siguiente.

1- Hoy sabado 21 de junio de 2025 a eso de las 2:15PM comenzo a salir nuevamente el humo toxico por todos los conductos del aire acondicionado.

2- Se le notifico al Oficial de turno Sr. Beltran, y confirmo que tienen conocimiento y que sus jefes le dijeron que son las correas de los aires acondicionado.

3- Este humo toxico esta afectando gravemente la saludo de todos en la prision, y el dolor de cabeza, pecho, mareos y nauseas entre otros que esto causa al estar expuesto por horas dentro de la celda con la puerta cerrada es un castigo cruel bajo la octava enmienda, mas no cumple con los reglamentos de la "EPA".

4- Yo espero que no haya que esperar a que suceda una muerte aconcecuencia de esto para que se pueda solucionar...

Espero y lo puedan arreglar.

TRULINCS  36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C    *BP8*

--------------------------------------------------------------------------------

FROM: 36586069
TO: Warden/Alcaide
SUBJECT: ***Request to Staff*** NEGRON-CRUZ, ALEXIS, Reg# 36586069, GUA-A-C
DATE: 05/19/2025 08:17:23 PM

To: Mis. Rivera (Warden)
Inmate Work Assignment: n/a

Por este medio me dirijo a Mis. Rivera (Warden) con el siguiente asunto.

1- El miercoles 14 de Mayo de 2025 el Oficial Dejesus (Personal encargado de Facility) me trajo unas hojas con unas fotos referente al problema del Humo Toxico que sale por los conductos del Aire acondicionado de las Celdas.

2- El indica que este problema fue causado por unas supuestas colillas que encontro.

3- Yo le explique que ese humo toxico es peculiar y que no tenia que ver con el tipo de asunto que usualmente ocurre en las carceles provocado por colillas, porque se queda por horas saliendo de los ductos, y su olor y efectos son nosivos con sintomas instantaneos a la salud como dolor de cabeza, pecho, mareos, garganta, entre otros. Los otros olores suelen durar minutos y su intencidad disminuye rapida mente, este humo toxico se queda por horas sin disminucion.

4- Yo le firme el papel el cual es mas bien para quitarle la responsabilidad porque dijo que ya no habia peste del humo toxico y le escribi unas notas dejando claro que el sabe que han habido ocaciones que son las correas de los aires acondicionados.

5- Ese mismo dia miercoles a eso de la 1:00pm hubo un lock down en toda la unidad 1-c, y para colmo a eso de las 7:pm comenzo a salir nuevamente el humo toxico por los conductos, cosa que no podia ser provocado por supuestas colillas porque toda la unidad estaba cerrada. Esto duro al rededor de 5 horas.

6- El domingo 18 de mayo de 2025 a eso de las 2:00pm comenzo nuevamente a salir el humo toxico por los conductos del aire de las celdas del 1-c mientras estabamos en Lock Down, le notifique al Oficial de turno Sr. Beltran, Beltran dijo que tenia conocimiento y que estaba nuevamente en todo el edificio, a tal punto que lo estaba afectando a el tambien.

7- Le pregunte que si podia sacarme de la Celda y contesto que no podia debido al Lock Down, tambien me dijo que este asunto lo han referido muchas veces pero que no se puede hacer nada. Estuve con dolor de cabeza, pecho, asfixie, mareos, y la sensacion de nauseas por mas de 3 horas.

8- Yo he estado en muchas prisiones, conozco todos los olores que pueden haber en el ambiente, pero aqui en MDC Guaynabo ese humo toxico es peculiar, es como goma quemada.

9- No se si en algun momento esto tenga solucion, pero a muchos presos nos afecta, y el hecho que tal vez sea yo el unico que de la queja, no quiere decir que sea el unico afectado, el mejor ejemplo es el de sus empleados como el Oficial Beltran, que esta afuera de las celdas. Imaginece si esutviera adentro de la Celda encerrado por horas con ese humo Toxico.

Esto es todo.

*para tradu. C.C at ing1c5*

TRULINCS  36586069 - NEGRON-CRUZ, ALEXIS D - Unit: GUA-A-C            *BP8*

---------------------------------------------------------------------------------------------------

FROM: 36586069
TO: Associate Warden/Alcaide Asociado
SUBJECT: ***Request to Staff*** NEGRON-CRUZ, ALEXIS, Reg# 36586069, GUA-A-C
DATE: 05/04/2025 07:24:36 PM

To: Mis. ShooneWolff (Asistan Warden)
Inmate Work Assignment: n/a

Por este medio me dirijo a Mis. Shoonewolff (Asistan Warden).

1- Esta semana que paso le comente referente al humo toxico que sale por los conductos del aire acondicionado de las celdas.

2- Hoy domingo 4 de mayo de 2025 a eso de las 12:50 pm nuevamente comenzo a salir por los conductos del aire acondicionado de toda la unidad 1-C el humo toxico.

3- Le notifique al Oficial de turno Sr. Beltran, el me comento que este humo toxico se estaba sintiendo en todo el edificio.

4- Esto lleva desde el 2012 asi, y nadie en la administracion de MDC Guaynabo le ha prestado la importancia necesaria para arreglarlo, aun cuando este humo toxico afecta la salud de sus propios empleados.

5- Llevo desde el 2019 quejandome al respecto, y el tribunal federal de Puerto Rico tiene conocimiento. El dia en que suceda una desgracia por intoxicacion a causa de este humo toxico no van a tener la excusa de que en la administracion de MDC Guaynabo nadie tenia conocimiento al respecto.

6- Y con esto les advierto lo siguiente, a sus jefes del Norte en especial el departamento del FBI les encanta radicarle cargos a su propia gente por cualquier cosa y meterlos presos sin importa quien sea, el mejor ejemplo a quien le radicaron cargos es a Donal Trump.

Yo espero y lo puedan arreglar lo antes posible.